SCANNED at PCC and E-Mailed
5/21/18 (date) by ___ (initials)
19 (# of pages)

US District Court Central District of Illinois

Anthony Thomas #M44179  ) Case No.
          v              )
          Plaintiff      ) Jury Trial Requested
J Davis                  ) Complaint
          Defendant(s)

### Jurisdiction & Venue

This a civil action authorized by 42 USC section 1983 to redress the deprivation under color of state law of rights secured by the Constitution of the United States the court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C section 2283 & 2284 and rule 65 of the federal rules of civil procedure the Central district is an appropriate venue under 28 USC section 1391(b)(2) Because it is where the events giving rise to this claim occurred.

II.
### Plaintiffs

Plaintiff, Anthony Thomas is and was at all times mentioned and here in a prisoner of the state of Illinois in the Custody of the Illinois department of corrections he is currently confined in Pontiac in Pontiac Illinois.

### Defendants

J. Davis-Officer- Suan Prentince-Major - Wilson-officer Micheal Melvin-Warden  Address: PoBox 99 Pontiac IL 61764

III
### Litigation History

A. Have you brought any other lawsuits in state or Federal Court dealing with the same facts involved in this case?        NO ☒

1

B  Have you brought any other law suits in federal court while incarcerated?  NO ☒

C  If your answer to B is yes, how many? _____ Describe the law suits below

IV. <u>Eighth Amendment Excessive Force Claim - Count 1</u>

On June 28, 2017 while being escorted back from healthcare by c/o (Wilson) (C/o Davis) (Major Prentince) after entering my cell in the North housing Unit. Major Prentince then ordered Officer Davis to Choke me. After Davis began to choke me I "passed out" when I woke up Davis ~~pegantisecuils on~~ all denied me medical attention <u>See Exhibit 1</u> Inmate Lisle affidavit states that he saw C/o Davis Prentince Wilson escorting Thomas back to his cell when he then heard Inmate Thomas stating I did not refuse medical attention and I need medical care Then Prentice stated out "loud" I will have Davis kill your ass. Then Davis stated out "loud" quit squealing like a bitch and go to sleep at that time I heard Thomas state why are you choking me. After leaving Thomas cell Davis stated to Prentince I choke Thomas Bitch ass to sleep Just how you wanted me too! Prentince then stated good Job

See Exhibit 2 and 6 Prentince, Davis, Wilson actions violated my Eighth Amendment Cruel and unusual punishment of the United States Constitution. This made Davis Prentince Wilson Liable for the use of excessive force.

B. Failure To Intervene Claim - Count 2

Defendants Prentince Davis Wilson Intentionally attacked plaintiff. Defendant Prentince was present During the time Davis used Excessive force and assualted plaintiff on 6-28-2017 Prentince then stated she will have Davis kill me, where she watched Davis choke me out using excessive force against me and failed to intervene or stop Davis from assualting me and commended Davis for choking me. See Exhibit 1-2 Defendant Wilson was present during the time Davis used excessive force and assualted plaintiff on 6-28-2017 While Davis choke me Wilson failed to intervene or stop Davis from assualting me See Exhibit 1. Plaintiff also maintains that Defendants Prentince, Wilson Davis Knew of a substantial risk of harm to plaintiff but did not take reasonable steps to prevent the harm from occurring and had a realistic opportunity to step forward and prevent each other from assualting plaintiff resulting in the alleged violation of plaintiff Eighth amendment right yet failed to do so See Exhibit 2 This made Prentince Wilson Davis Liable Plaintiff further alleges that defendants (Micheal Melvin) are Liable for failing to intervene because he was the correctional officer Supervisors and Policy makers at the prison more specifically plaintiff argues that Defendant

3

Melvin was made aware that officer Davis assualted plaintiff on 6-28-2017 <u>See Exhibit 3</u>. Melvin failed to discipline or prevent Davis from assualting Plaintiff and other inmates, where Davis used excessive force on Inmates Lisle, Buie, Cunningham all in the same year <u>see Exhibit 2 and 4-5</u>. Defendant Melvin knew of the pattern and wide spread culture of using excessive force at the pontiac institution. Defendants failed to intervene and that in the case of those responsible for setting policy Liability will result from the institution of a policy that when enforced causes a Constitutional deprivation. Plaintiff states that earlier and prior and after his assualt there was a pervasive practice of using excessive force and brutality against plaintiff and inmates at the Pontiac Correctional center Melvin was aware of this practice and the widespread culture of unjustified violen against plaintiff and Inmates yet failed to take adequate action to prevent these well known Incidents of excessive force. Plaintiff states that defendant Melvin was aware of reports made by inmate of Davis conduct prior and and after plaintiff being assualted by Davis and failed to adequately supervise train or discipline or take any other reasonable measures to prevent Defendant Davis or Prentince involvement in the use of excessive force against inmates

C. <u>Eighth Amendment Deliberate Indifference Claim-Count 3</u>
On 6-28-2017 after (Davis) assualted me and choke me untill I passed out my throat was hurting and I was

4

In "pain" I requested Davis (Prentince)(Wilson) provide me medical attention do to my throat hurting from being choke out Davis prentince wilson all denied me medical attention and walk off this made Davis prentince wilson <u>Liable</u> and actions Constituted <u>Deliberate indifference</u> and a violation of my <u>Eighth</u> Amendment of the United States Constitution.

V. <u>Exhaustion of Legal remedies</u>

Plaintiff Anthony Thomas used the prisoner grievance procedure available at pontiac correctional center to try and solve the problem on the month of July 2017 See Exhibit 1 and the Arb <u>See Exhibit 3</u>

VI. <u>Legal Claims</u>

Plaintiff reallege and incorporate by reference paragraphs 1-7. The use of excessive force, failure to intervene deliberate indifference to serious medical needs violated Plaintiff Anthony Thomas rights and constituted Cruel and unusal punishment of the <u>Eighth</u> amendment of the United States Constitution. The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in plaintiff has been and will continue to be irreparably indured by the conduct of the defendants unless this court grants the declaratory and indjunctive relief which plaintiff seeks

5

VII  **Prayer for relief**

Wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff. A decloration that the acts and omissions described here in violated plaintiff rights under the constitution and laws of the untied States A preliminary and permanent Injunction ordering defendants named in complaint to (1) transfer plaintiff to stateville correction Center

**Compensatory damages** in the amount of 50,000$ against each defendant jointly and severally **Punitive damage** in the amount of 100,000$ against each defendant A jury trial on all issues triable by jury plaintiff cost in this suit any additional relief this court deems Just proper and equitable  Date  5-20-18

respectfully submited  Name: Anthany Thomas   #M44179
po box pontiac Ih 61764

**Verification**

I have read the foregoing complaint and here by verify that the matters alleged therein are true except to matters alleged on information belief and as to those I believe them to be true I certify under penalty of perjury that the foregoing is true and correct executed at pontiac Illinois on 5-20-18
Name: ___Anthany Thomas_____ #M44179